IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60766
_____

PEDRO DE LIRA-RANGEL,

                                        Petitioner,

versus

JOHN ASHCROFT,
U.S. ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A08-729-328
---------------------
March 7, 2002

Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Pedro De Lira-Rangel petitions for review of an order of the
Board of Immigration Appeals (BIA) holding that De Lira-Rangel's
state conviction for felony driving while intoxicated was an
aggravated felony warranting his removal from this country.  The
respondent has moved to dismiss the petition for review and to
remand the case to the BIA for reconsideration in light of United
States v. Chapa-Garza, 243 F.3d 921, 927 (5th Cir. 2001).  De
Lira-Rangel has filed a response in which he joins the

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

respondent's request to remand the case to the BIA for reconsideration in light of Chapa-Garza.

De Lira-Rangel's petition for review is GRANTED. The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with Chapa-Garza, 243 F.3d at 927. All other outstanding motions are DENIED.